# EXHIBIT B



# Notice of Service of Process

null / ALL  
**Transmittal Number: 16595413**  
Date Processed: 05/04/2017

| | |
|---|---|
| **Primary Contact:** | Anne Milem<br>Navient Corporation<br>2001 Edmund Halley Drive<br>Reston, VA 20191 |
| **Electronic copy provided to:** | Nicola Murphy |
| **Entity:** | Navient Solutions, LLC<br>Entity ID Number  3221398 |
| **Entity Served:** | Navient Solutions, LLC |
| **Title of Action:** | Gregory J. Greetham vs. Equifax Information Services, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Violation of State/Federal Act |
| **Court/Agency:** | Denver County District Court, Colorado |
| **Case/Reference No:** | Not Shown |
| **Jurisdiction Served:** | Colorado |
| **Date Served on CSC:** | 05/04/2017 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Matthew R. Osborne<br>303-759-7018 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscglobal.com